# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE WINEKE, | CASE NO. 09-CV-1689 - IEG (RBB) |
| Plaintiff, | ORDER: |
| vs. | (1) GRANTING PLAINTIFF'S MOTION TO AMEND, and |
| HOMEQ SERVICING, unknown business entity; OLD REPUBLIC DEFAULT MANAGEMENT SERVICING, an unknown business entity; and DOES 1-50, inclusive, | (2) DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS |
| | [Doc. Nos. 5, 3] |
| Defendants. | |

Before the Court is Defendant HomEq Servicing's Motion to Dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6). [Doc. No. 3]. On September 29, 2009, Plaintiff filed a Combined Motion to Amend and Motion to Remand, seeking *inter alia* leave to amend her complaint. [Doc. No. 5]. Because this is Plaintiff's first amendment of her complaint and because no "responsive pleading" has yet been filed, Plaintiff is entitled to amend her complaint "as a matter of course." See FED. R. CIV. P. 15(a)(1)(A). Accordingly, the Court **GRANTS** Plaintiff's Motion to Amend and **DENIES AS MOOT** Defendant's Motion to Dismiss. The Clerk of Court is directed to file Plaintiff's Verified First Amended Complaint, which is attached as Exhibit 1 to Plaintiff's Combined Motion to Amend and Motion to Remand.

//

1     Moreover, the Court hereby **VACATES** the hearing associated with Defendant's Motion to
2 Dismiss, which was set for October 13, 2009 at 10:30 a.m.
3     **IT IS SO ORDERED.**

5 **DATED:  October 7, 2009**

6     _____
    **IRMA E. GONZALEZ, Chief Judge**
    **United States District Court**